# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE LAYTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. MARTEL, Warden,<br><br>　　　　Respondent. | Case No. ED CV 10-1534-VAP (SP)<br><br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: February 20, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE